UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RON SCHMIDT and | ) |
| LOOSE LEASHES BY RON SCHMIDT, LLC | ) |
| Plaintiffs | ) |
| v. | ) CIVIL ACTION |
| HEARST CORPORATION, and | ) |
| AINSWORTH PET NUTRITION, INC. | ) |
| Defendants | ) |

**COMPLAINT AND**
**DEMAND FOR TRIAL BY JURY**

This Action is brought under the Copyright Act of the United States as amended, 17 U.S.C. §§ 101 et seq., to redress the infringement of a copyrighted photograph taken by a professional photographer. Jurisdiction is conferred on this Court pursuant to 28 U.S.C. § 1338(a) and proper venue exists against both defendants under 28 U.S.C. § 1400(a).

1. Plaintiff, RON SCHMIDT ("Schmidt"), is a professional photographer with a usual place of business at 65 Moseley Avenue, Newburyport, Essex County, Massachusetts 01950.

2. Plaintiff, LOOSE LEASHES BY RON SCHMIDT, LLC ("Loose Leashes"), is a Massachusetts limited liability company duly organized by law with a usual place of business at 65 Moseley Avenue, Newburyport, Essex County, Massachusetts 01950. At all times material hereto, Loose Leashes marketed and sub-licensed various photographs of dogs that were created and are owned by Ron Schmidt.

3. Defendant, HEARST CORPORATION ("Hearst") is a Delaware corporation duly organized by law, having its corporate headquarters at 300 W. 57th Street, New York, New York 10019.

4. Hearst is a large media and information company with ownership interests in numerous daily and weekly newspapers, and hundreds of magazines around the world, as well as dozens of television stations and many leading cable networks.

5. At all times material hereto, Hearst or one of its subsidiaries or affiliates owned and continues to own and publish *Country Living* Magazine (hereinafter, "*Country Living*," "*Country Living* Magazine," or the "Magazine"). *Country Living* Magazine has editorial offices at 2901 2nd Avenue South, Suite 270, Birmingham, Alabama 35233. All references herein to *Country Living*, *Country Living* Magazine, and the Magazine include Hearst. *Country Living* Magazine is regularly and systematically sold and distributed to citizens of the Commonwealth of Massachusetts.

6. Defendant, AINSWORTH PET NUTRITION, INC. ("Ainsworth") is a Pennsylvania corporation duly organized by law, having its corporate headquarters at 18746 Mill Street, Meadville, Pennsylvania 16335.

7. Ainsworth is a pet food company offering pet food and snacks for companion animals, such as dogs and cats. At all times material hereto Ainsworth,

regularly sold and continues to sells its pet food products in the Commonwealth of Massachusetts both online and through independent pet stores.

COUNT I

8.     Schmidt specializes in taking photographs of dogs in imaginative and often humorous settings.  Schmidt regularly uses, markets, distributes, sells and licenses his photographs of dogs through Loose Leashes for advertising, promotional and editorial purposes, as well as for use on products such as posters, greeting cards and calendars. Schmidt invests a great deal of time and money in creating his original canine photographs and he is very protective of these photographs.

9.     In or around 2009, Schmidt created a photograph (the "Photograph") of a Black Lab and a Yellow Lab in the back of a vintage blue pick-up truck bearing the license plate "FETCH."  Schmidt refers to the Photograph as "Lewie & Clark – Fetch." The Black Lab is shown in the Photograph holding a tennis ball in his mouth and the Yellow Lab is holding a "Frisbee."  A copy of the Photograph is attached hereto as Exhibit A.  All Exhibits attached hereto to this Complaint are incorporated herein by reference.

10.    Schmidt is the author of the Photograph and he owns and continues to own all rights thereto including the copyright.  The Photograph was registered with the U.S. Copyright Office under the title, "Ron Schmidt unpublished photos August 2009," and it was given Copyright Registration Number VAu 999-920, effective September 4, 2009. A copy of the Certificate of Registration is attached as Exhibit B.

11.    Sometime in December 2014, Sarah Hudgins ("Hudgins"), Associate Photo Editor of *Country Living* Magazine contacted Schmidt or one of his agents,

servants or employees. Hudgins was seeking permission from Schmidt for *County Living* to print a full page copy of the Photograph in the Magazine and then to use the Photograph to make a paint-by-number hobby kit that would be sold complete with a wood frame, acrylic paints, brushes, and instructions. Schmidt rejected *County Living* Magazine's offer.

12. On or about February 20, 2015, Hudgins contacted Schmidt again, seeking permission for *Country Living* to use the Photograph in the May 2015 issue of the Magazine in conjunction with a pet advice column entitled, "Ask a Country Vet."

13. This time, Schmidt agreed to give *Country Living* a limited license to use the Photograph in its May 2015 issue, and he submitted a Stock Image Licensing Agreement (the "Licensing Agreement") to Hudgins through Loose Leashes. The Licensing Agreement states as follows:

> LICENSE AND USEAGE (sic)
>
> The license is strictly limited to the terms and conditions below, and governed by the Copyright Laws of the United States, as specified in Title 17 of the United States Code:
>     Licensee:  Country Living Magazine
>     Licensor:  Ron Schmidt, Loose Leashes by Ron Schmidt, LLC
>     Date:  2/23/15
>     Territory:  North America
>     Exclusivity:  Non-exclusive
>     Distribution:  Print (monthly magazine)
>     Usage:  One time usage, up to 2/3 page, for one month, in May 2015 issue

The licensing fee for this usage was $375. The Licensing Agreement is dated February 24, 2015, and is signed by Hudgins as Associate Photo Editor of *Country Living* Magazine, who agreed in writing to the terms and conditions as outlined in the Licensing Agreement. A copy of the Licensing Agreement is attached as Exhibit C.

14. Hearst published the Photograph on Page 53 of the May 2015 issue of

*Country Living* Magazine.  A copy of the Photograph as published in the print edition of *Country Living* Magazine is attached as Exhibit D.

15.  In addition to publishing the Photograph in the print edition of *Country Living* Magazine, Hearst also published the Photograph in its digital on-line edition of *Country Living* Magazine.  *Country Living* further used the Photograph as the cover photo on its social media Facebook page for over two weeks.  See Exhibit E.  Moreover, the Magazine further used the image in other social media sites such as Instagram, Twitter and Pinterest.  See Exhibit F.  The use of the Photograph in *Country Living's* digital on-line edition and on its social media sites was done without Schmidt's permission or authority, and is in violation of the limited license that was granted to *Country Living* Magazine.

16.  According to Facebook, in just a few weeks between the time the Photograph was first posted on Country Living's Facebook page, it was visible to over 2,000,000 fans, shared almost 15,000 times and commented on by many.  See Exhibit E.  Moreover, the Photograph was used on *Country Living's* digital on-line edition and on its social media sites in high-resolution format thus making it easy for third parties to copy and reuse the image.

17.  Schmidt selectively licenses his canine photographs to his clients.  Schmidt clearly communicated to Hudgins in writing that the Photograph could be used only in the print version of *Country Living* Magazine.  Hearst breeched the terms of the Licensing Agreement and infringed Schmidt's copyright by using the Photograph in the on-line version of *Country Living* Magazine and on numerous social media websites posted by *Country Living*.  Schmidt would not have permitted Hearst to use the

Photograph in high-resolution form in the on-line version of *Country Living* Magazine or on *Country Living* Magazine's various social media sites.

18.     As a result of the actions of Hearst, Schmidt's copyright to the Photograph has been infringed for which Schmidt and Loose Leashes are entitled to their damages.

## COUNT II

19.     Schmidt repeats all of the allegations contained in Paragraphs 1 through 18, hereof as if all of said allegations had been restated herein in their entirety.

20.     In further violation of the Licensing Agreement and without Schmidt's permission or authority, Hearst used the Photograph to illustrate a contest administered by *Country Living* Magazine which was run in conjunction with Ainsworth featuring one or more of Ainsworth's pet food products including Rachael Ray™ Nutrish® dog food. The Photograph was used in conjunction with said contest on several of *Country Living's* social media sites including Instagram, Twitter, Pinterest, and Google Plus.  See Exhibit G.

21.     As a result of the actions of Hearst, Schmidt's copyright to the Photograph has been infringed for which Schmidt and Loose Leashes are entitled to their damages.

## COUNT III

22.     Schmidt repeats all of the allegations contained in Paragraphs 1 through 21 hereof, as if all of said allegations had been restated herein in their entirety.

23.     Ainsworth acting alone or in conjunction with *Country Living* used the Photograph in a contest advertised in *Country Living* Magazine for which Ainsworth's pet food products including Rachael Ray™ Nutrish® dog food were featured.  The

Photograph was also used by Ainsworth as an illustration for the contest that was posted on Instagram, Twitter, and Google Plus, and retweeted by Ainsworth on Twitter. See Exhibit H.

24. Ainsworth used the Photograph in conjunction with the contest without Schmidt's permission or authority, as a result of which Ainsworth has infringed Schmidt's copyright to the Photograph for which Schmidt and Loose Leashes are entitled to their damages.

WHEREFORE, Plaintiffs, RON SCHMIDT and LOOSE LEASHES BY RON SCHMIDT, LLC, demand judgment against the Defendants, HEARST CORPORATION and AINSWORTH PET NUTRITION, INC., as follows:

a) That all Defendants be required to deliver up for impoundment copies of Plaintiff's Photograph known as "Lewie & Clark – Fetch" in all forms whatsoever, which are in Defendants' possession or under their control, including all copies in all versions and media including printed copies, and copies in magnetic, electronic and digital formats;

b) That the court order all Defendants to delete all copies of the Photograph from their computers and/or web servers;

c) That all Defendants be required to pay Plaintiffs such actual damages as Plaintiffs have sustained in consequence of Defendants infringement of Schmidt's copyright to the Photograph, and to pay for all gains, profits and advantages derived by Defendants from their use and infringement of Schmidt's copyrighted Photograph;

d) In lieu of Plaintiffs' actual damages and Defendants' profits, that Defendants be required to pay to Plaintiffs such Statutory Damages as to the Court shall appear just within the provisions of the Copyright Act in a sum not less than $750 nor more than $30,000, or if the Court finds that the infringements were committed willfully, such statutory damages as to the Court shall appear just within the provisions of the Copyright Act in a sum up to and including $150,000;

e) That Defendants pay to Plaintiffs their costs together with reasonable attorney's fees in an amount to be determined by the Court;

f) That Plaintiffs have such other and further relief as is deemed to be just and proper.

**PLAINTIFFS CLAIM TRIAL BY JURY**

RON SCHMIDT and
LOOSE LEASHES BY RON SCHMIDT, LLC
By his attorney,

/s Andrew D. Epstein

July 28, 2015

Andrew D. Epstein, Esquire (BBO #155140)
Barker, Epstein & Loscocco
10 Winthrop Square
Boston, MA  02110
Tel: (617) 482-4900
FAX: (617) 426-5251
Photolaw@aol.com